FILED*09 NOV 02 12:07USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| JEAN SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 07-1744-TC |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

COFFIN, Magistrate Judge:

Plaintiff Jean Sanders moves for an award of attorney fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 et seq., in the amount of $6,366.49. Subsequent to the filing of this motion, defendant made a filing indicating that it had no objection to the request.

Having reviewed the record, I find that the Commissioner's position was not substantially justified, and that the number of hours spent by plaintiff's counsel and the hourly fee requested are reasonable under EAJA.

Plaintiff's motion (#27) for attorney fees and costs under the EAJA should be granted in the amount of $6,366.49.

DATED this 2 day of November, 2009.

THOMAS M. COFFIN
United States Magistrate Judge